# Exhibit 1





KENNETH D. ST. PÉ
PROFESSIONAL LAW CORPORATION

3                                    Ste. A
                                     506
                                     one
(337) 534-8379/Fax
kennethstpe@aol.com
www.stpelaw.com

March 14, 2017

Hon. Louis J. Perret
Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, LA  70502

Re:   Tiffiney N. Stebbins, et al vs.
      Rack Room Shoes, Inc.

DIV. "C"

2017 1526 C



Dear Sir/Madam:

Enclosed please find the original and two (2) copies of a Petition for Unpaid Wages, Penalties and Attorney's Fees and Request for Notice.  Please file into your records and return a stamped copy of the Petition for my files and records.  Also enclosed, please find the Louisiana Civil Case Reporting form.        SB 3/20/17

Enclosed herewith please find my firm's check in the amount of $400.00 which represents prepayment for the filing fees herein.  Please note instruction for serving the defendant is on the last page of the petition.  Please notify the undersigned of the date and type of service made on the defendant.

With every good wish, I remain

                              Sincerely,

                              KENNETH D. ST. PÉ

KDS:krt
Enclosures



TIFFINEY N. STEBBINS, individually and, on behalf of others similarly situated

15TH JUDICIAL DISTRICT COURT

VERSUS

LAFAYETTE PARISH, LOUISIANA

RACK ROOM SHOES, INC.

DOCKET NUMBER 2017 1526 C

### PETITION FOR UNPAID WAGES, PENALTIES and ATTORNEY FEES and FOR CLASS CERTIFICATION

## DIV. "C"

Pursuant to Louisiana Civil Code of Procedure Article 591, *et seq.*, the petition of TIFFINEY N. STEBBINS, individually and on behalf of others similarly situated, herein represented by undersigned counsel, represents that:

1.

Made defendant herein is:

(1)    RACK ROOM SHOES, INC., a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

**FACTS**

Beginning in August 2015, Petitioner, Tiffiney N. Stebbins, was employed with Defendant in Louisiana at its store locations in Lafayette, Louisiana.

3.

Petitioner was paid an annual base salary as well as bonuses based on sale quotas, as well as payroll targets and a commission on sales.

4.

Petitioner was required to work at a minimum of forty-five (45) hours per week; however, she regularly worked fifty (50) to sixty (60) hours on a weekly basis.

5.

In addition to the salary and bonus incentives mentioned previously, Petitioner earned paid time off (PTO) in a manner described by the company's policy and procedure. (See insert below).

1

Off Broadway Shoes

**POLICY AND PROCEDURE MANUAL**

| SECTION: |
| --- |
| **BENEFITS** |
| SUBJECT: |
| **PAID TIME OFF (PTO) TIME (HQ & NON-CALIFORNIA EMPLOYEES)** |

**Policy:** The number of Paid Time Off (PTO) hours any Headquarters or non-California employee is eligible to use is based on a calendar year, the employee's job classification and length of service as of January 1 of that year, as listed below:

### Number of Hours of PTO Time (1)

| Job Classification | Years of service with the Company as of January 1 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Initial Year | <2 | ≥2, <5 | ≥ 5, <10 | ≥10, <15 | ≥15 |
| Seasonal or temporary | 0 | 0 | 0 | 0 | 0 | 0 |
| Part-time | 0 | 0 (2) | 20 | 40 | 40 | 40 |
| Full-time non-exempt/Stores | 88 (3) | 128 | 128 | 168 | 168 | 208 |
| Full-time non-exempt/Headquarters | 128 (3) | 128 | 168 | 168 | 208 | 208 |
| Full-time exempt | 168 (3) | 168 | 168 | 168 | 208 | 208 |

(1)   Replaces PTO time, effective January 1, 2017, for all employees hired on and after that date. Previous schedule applies to employees hired prior to January 1, 2017.

(2)   PTO is pro-rated as of the employee's 2nd anniversary. See Human Resources for details.

(3)   PTO time for the initial year of employment is pro-rated, as reflected in the table below.

### PTO for the initial year of employment reflected in hours (effective 1/1/17)

| Job Classification (Full-time) | Month of Hire | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Non-exempt/Stores | 88 | 80 | 72 | 64 | 56 | 48 | 48 | 40 | 32 | 16 | 8 | 8 |
| Non-exempt/Headquarters | 128 | 120 | 104 | 96 | 88 | 72 | 64 | 56 | 40 | 16 | 8 | 8 |
| Exempt | 168 | 152 | 144 | 128 | 112 | 96 | 88 | 72 | 56 | 16 | 8 | 8 |

Date:  January 2017                Page VIII - 3

6.

Defendant's specific company policy provided that the earned paid time off was earned

by the employee as required by the applicable Louisiana law.  (See insert below)

2

Off Broadway Shoes

| POLICY AND PROCEDURE MANUAL | SECTION:<br>**BENEFITS** |
|---|---|
| | SUBJECT:<br>**PAID TIME OFF (PTO) TIME<br>(HQ & NON-CALIFORNIA EMPLOYEES)** |

Manager's PTO time requires the approval of the District/Regional Manager.  A District Manager's PTO time requires the approval of the Regional Manager.

The Company expressly reserves the right, in its sole and absolute discretion, to limit use of PTO time during specific times of the year, taking into account the level of business activity or department workload.   Any exception must be approved by the appropriate member of the Management Team.

PTO pay is determined as follows:

1. For store exempt staff, compute using the employee's standard salary rate, as determined from the most recent full calendar year of employment;

2. For store non-exempt staff, compute using the employee's current hourly rate, for the most recent full calendar year of employment;

3. For all other exempt staff, compute using the employee's standard salary rate;

4. For all other non-exempt staff, compute using the employee's current hourly rate.

If a non-exempt employee does not have any PTO time available, the period of time that is missed will be unpaid time.

Upon termination of employment, an employee is not entitled to take or be paid for any unused PTO time unless specifically required by applicable state or federal laws.

See the Pay Policies - Job Classification policy for job classification definitions.

Date:  January 2017                    Page VIII - 5

7.

Under Louisiana law, paid time off is the equivalent of vacation pay.

8.

Under Louisiana law, unused vacation pay (PTO) is considered an "amount then due under the terms of employment" so that after an employee is discharged from employment, he or she must be paid before the next regular pay day or no later than fifteen (15) days following the date of discharge, whichever occurs first.  (See LSA-R.S. 23:631)

3

9.

Petitioner was terminated from her employment by Defendant on or about January 19, 2017.

10.

To date, despite amicable demand, including notice sent via certified mail, Defendant has failed and/or refused to pay Plaintiff her accrued paid time off and Defendant's refusal is in bad faith.

11.

On information and belief, at the time of her discharge, Petitioner had accrued approximately 164 hours of paid time off.

**DAMAGES**

12.

Defendant is liable to Plaintiff individually and on behalf of other similarly situated for all damages including but not limited to:

    a)    Unpaid wages;

    b)    Unpaid vacation/paid time off;

    c)    Penalities, including those applicable under LSA-R.S. 23:632 et seq.

    d)    Attorney's fees; and

    e)    All costs of these proceedings.

**CLASS ACTION**

13.

On information and belief, Defendant has failed/refused to pay accrued paid time off to all its former employees and the number of former employees exceeds one hundred (100).

14.

Petitioner prays that this matter be certified and maintained as a class action on behalf of all past employees of Defendant, RACK ROOM SHOES, INC., who have resigned, been discharged, terminated or otherwise left their employment with Defendant and have not been paid their accrued paid time off (vacation pay).

4

15.

Petitioner represents that the class consists of numerous former employees who are located throughout the State of Louisiana and perhaps, the United States, so that joinder of all members is impractical.

16.

Plaintiff represents that the questions of law and fact are common to the class which include the following, to-wit:

i.      Does Defendant owe its former employees accrued paid time off?

ii.     Did Defendant's conduct in refusing to pay accrued paid time off constitute "good faith" for purposes of LSA-R.S. 23:632 and if not, are Plaintiff and others similarly situated entitled to penalties as outlined under that statute?

17.

Plaintiff represents that paid time off between the named Plaintiff and potential class members are identical in pertinent part.

18.

Plaintiff represents that the claims and defenses of the representative parties is typical of the claims or defenses of the class.

19.

Plaintiff is a member of the class she seeks seek to represent, and her interests coincide with, and are not antagonistic to the other class members.  Plaintiff is a representative party and will fairly and adequately protect the interests of the class.

20.

Plaintiff represents that the class is or may be defined objectively in the terms of ascertainable data such that the Court may determine the constituency of the class for purposes of the conclusiveness of any judgment that may be rendered in the case.

21.

Plaintiff furthers represent that the prosecution of separate actions by or against individuals of the class would create a risk of inconsistent or varying adjudications with respect to individual members and would establish incompatible standards of conduct for the party opposing the class.

22.

Plaintiff represents that the class action is superior to all other available methods for the fair and efficient adjudication of this controversy.

23.

Defendant has in its possession a list and contact information for all former employees owed paid time off.

24.

Defendant has in its possession the calculation of and/or the ability to calculate the amount of paid time off owed to its former employees.

WHEREFORE, Plaintiff, TIFFINEY N. STEBBINS, individually and on behalf of others similarly situated, prays that the defendant, RACK ROOM SHOES, INC., be served with a certified copy of this petition and be cited to appear and answer same, that after all legal delays and due proceedings had, there be judgment rendered herein in favor of Plaintiff and against Defendants for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, and for all costs of these proceedings as allowed by law.

**AND FOR ALL GENERAL AND EQUITABLE RELIEF.**

RESPECTFULLY SUBMITTED,

KENNETH D. ST.PÉ, APLC
La. Bar Roll No. 22638
311 W. University Avenue, Suite A
Lafayette, LA 70506
(337) 534-4043

**PLEASE SERVE:**

(1)   RACK ROOM SHOES, INC.
Through their Agent for Service of Process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA  70802

6

FILED THIS 17
DAY OF MARCH , 20 17
Deputy Clerk of Court



45530326

TIFFINEY N. STEBBINS, individually and
on behalf of others similarly situated

15th JUDICIAL DISTRICT COURT

VERSUS

LAFAYETTE PARISH, LOUISIANA

RACK ROOM SHOES, INC.

DOCKET NUMBER 2017 5266 C

## REQUEST FOR NOTICE

TO:   Clerk of Court
      Lafayette Parish
      Post Office Box 2009
      Lafayette, LA 70502

NOW INTO COURT, through undersigned counsel, comes petitioner, TIFFINEY N. STEBBINS, individually and on behalf of others similarly situated, who request in accordance with La. R.S.-CCP Article 1572, that she be given written notice by mail ten (10) days in advance of the date fixed for trial, or of any hearings in the above captioned case, whether on Exceptions, Motions, Rules or the Merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof as provided by La. R.S.-CCP Articles 1913 and 1914, including notice of judgment in the event that this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial. Please file this letter in the record of this matter along with these enclosed pleadings as formal notice of my request.

RESPECTFULLY SUBMITTED,

KENNETH D. ST. PÉ, APLC

KENNETH D. ST. PÉ
La. Bar Roll No. 22638
311 W. University Avenue, Suite A
Lafayette, LA 70506
(337) 534-4043

7

FILED THIS 17
DAY OF march , 2017

Deputy Clerk of Court

LAFPC.CV.45719077
cc_slbourliea

Ordered by Atty.: KENNETH D ST PE

# CITATION

**TIFFINEY N STEBBINS**

**VS**

**RACK ROOM SHOES INC**

**FIFTEENTH JUDICIAL DISTRICT COURT**

**DOCKET NUMBER: C-20171526 C**

**PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO:  **RACK ROOM SHOES, INC.**
**THROUGH THEIR AGENT FOR SERVICE OF PROCESS:**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 20, 2017.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR UNPAID WAGES, PENALTIES AND ATTORNEY FEES AND FOR CLASS**
**CERTIFICATION AND REQUEST FOR NOTICE**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE         MOVED ( )         NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

LAFPC.CV.45719077
cc_slbourliea

Ordered by Atty.: KENNETH D ST PE

# CITATION

**TIFFINEY N STEBBINS**                    **FIFTEENTH JUDICIAL DISTRICT COURT**

**VS**                                      **DOCKET NUMBER: C-20171526 C**

**RACK ROOM SHOES INC**                     **PARISH OF LAFAYETTE, LOUISIANA**

STATE OF LOUISIANA

TO:   **RACK ROOM SHOES, INC.**
      **THROUGH THEIR AGENT FOR SERVICE OF PROCESS:**
      **CORPORATION SERVICE COMPANY**
      **501 LOUISIANA AVENUE**
      **BATON ROUGE, LA 70802**

                                    of the Parish of E. BATON ROUGE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this MARCH 20, 2017.

                                    _____
                                    Deputy Clerk of Court
                                    Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR UNPAID WAGES, PENALTIES AND ATTORNEY FEES AND FOR CLASS**
**CERTIFICATION AND REQUEST FOR NOTICE**

---

                    SHERIFF'S RETURN
                    LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

        Lafayette Parish Clerk of Court
            Filed This Day

        APR 1 8 2017                    APR 0 7 2017

        By Clerk of Court

**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC



450 LAUREL STREET
BATON ROUGE, LOUISIANA 70801
PHONE:   225.381.7000
ALT. PHONE:   601.526.7969
FAX:   225.341.3612

www.bakerdonelson.com

## FAX COVER SHEET

| | |
|---|---|
| **FROM** | Stacie Buckhalter |
| **EMAIL** | sbuckhalter@bakerdonelson.com |
| **BILL CODE** | |
| **TO** | Clerk of Court |
| **COMPANY** | 15th JDC, Lafayette Parish |
| **FAX NUMBER** | 13372916480 |
| **DATE** | 2017-04-24 12:41:12 CST |
| **RE** | Tiffiney N. Stebbins v. Rack Room Shoes, Inc. |

**COVER MESSAGE**          20171526

Please find attached for fax-filing an Unopposed Motion for Extension of Time in connection with the above-referenced matter.  If you have any questions, please do not hesitate to contact our office.  Thank you,



Note: This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above.  If you or your employer are not the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this facsimile or the information contained in it is strictly prohibited.  If you have received this facsimile in error, please immediately notify the person named above at once by telephone and return the original facsimile to us at the above address via the U.S. Postal Service.  Thank you.

Unless otherwise expressly stated, nothing in this cover sheet or in any attachment hereto is intended to or can be used by any recipient to avoid the imposition of federal tax penalties.

FAX

# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC



450 LAUREL STREET
20TH FLOOR
BATON ROUGE, LOUISIANA
70801

PHONE:  225.381.7000
FAX:       225.343.3612

www.bakerdonelson.com

ELIZABETH A. LINER
ASSOCIATE ATTORNEY
Direct Dial: 225.381.7036
E-Mail Address: bliner@bakerdonelson.com

April 24, 2017

*VIA FAX (337) 291-6480 &*
*FEDERAL EXPRESS DELIVERY*
Hon. Louis J. Perret
Clerk of Court
15th JDC, Lafayette Parish
800 S. Buchanan Street
Lafayette, Louisiana  70501

Re:    *Tiffiney N. Stebbins v. Rack Room Shoes, Inc.*
         Suit #20171526C, 15th JDC, Lafayette Parish, State of Louisiana

Dear Mr. Perret:

Attached please find an *Unopposed Motion for Extension of Time* for fax-filing in the above-referenced matter.  The original and two copies will follow via Federal Express overnight delivery.  Upon receipt, please file the original into the record and return a date-stamped copy to me in the enclosed, self-addressed, postage paid envelope.

Also, please return a fax confirmation of receipt and include the cost of filing fees to the attention of my assistant, Stacie, fax no. (225) 382-0224.  We will include our firm check with the overnight delivery of the original pleading.

If you have any questions, please do not hesitate to contact our office.  As always, your assistance is greatly appreciated.

Sincerely,

Elizabeth A. Liner

EAL/sb
Enclosures
cc:    Kenneth D. St. Pe, Esq. (*via fax only: (337) 534-8379*)
        Phyllis G. Cancienne, Esq. (*firm*)

4817-8052-8967 v1
9990017-ADM6001 04/24/2017

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON



45934361

| | |
|---|---|
| **TIFFINEY N. STEBBINS** | **NO. 20171526C  DIVISION "C"** |
| | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF LAFAYETTE** |
| **RACK ROOM SHOES, INC.** | **STATE OF LOUISIANA** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Rack Room Shoes, Inc. ("Defendant"), and, with a full reservation of rights, moves the Court for an extension of time within which to file pleadings responsive to the Petition for Unpaid Wages, Penalties and Attorney Fees and for Class Certification ("Petition"), and respectfully requests an additional thirty (30) days, or through and until May 25, 2017, within which to respond to the Petition. This is the first extension of time requested and is not sought to unduly delay this matter. Undersigned counsel has contacted counsel for Plaintiff, who has represented that he has no objection to this extension.

**WHEREFORE**, Defendant prays that that the relief requested herein be granted.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: _____
PHYLLIS G. CANCIENNE T.A. (La. 19605)
CHRISTOPHER G. MORRIS (La. 22847)
ELIZABETH A. LINER (La. 34429)
Chase North Tower, 450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70825
Telephone:    (225) 381-7000
Facsimile:    (225) 343-3612
E-mail:  pcancienne@bakerdonelson.com
         bliner@bakerdonelson.com

**ATTORNEYS FOR RACK ROOM SHOES, INC.**

FAX FILED THIS 24
DAY OF APRIL 2017

Deputy Clerk of Court

4820-0806-0743 v1
9990019-ADM001 04/24/2017

| | |
|---|---|
| TIFFINEY N. STEBBINS | NO. 20171526C  DIVISION "C" |
| | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF LAFAYETTE |
| RACK ROOM SHOES, INC. | STATE OF LOUISIANA |

## ORDER

Considering Defendant's Unopposed Motion for Extension of Time (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant shall have through and until May 25, 2017, within which to file pleadings responsive to the  Petition for Unpaid Wages, Penalties and Attorney Fees and for Class Certification in the above-captioned matter.

**THUS DONE AND ORDERED** this _____ day of _____, 2017 in Lafayette, Louisiana.


_____
JUDGE, 15TH JUDICIAL DISTRICT COURT


4820-0806-0743 v1
9990019-ADM001 04/24/2017

-3-

To: Clerk of Court    Page 4 of 5                 2017-04-24 12:41:38 CST              12253820224 From: Stacie Buckhalter



45918430

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017, a copy of the foregoing was served on all parties to this proceeding, by placing same in the United States Mail, postage prepaid and properly addressed.

ELIZABETH A. LINER

FAX FILED THIS 24
DAY OF APRIL, 2017
Deputy Clerk of Court

4820-0806-0743 v1
9990019-ADM001 04/24/2017

-2-



**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

CHASE NORTH TOWER
450 LAUREL STREET
20TH FLOOR
BATON ROUGE, LOUISIANA
70801

PHONE:    225.381.7000
FAX:        225.343.3612

www.bakerdonelson.com

ELIZABETH A. LINER
ASSOCIATE ATTORNEY
**Direct Dial**: 225.381.7036
**E-Mail Address**: eliner@bakerdonelson.com

April 24, 2017

**_VIA FAX (337) 291-6480 &_**
**_FEDERAL EXPRESS DELIVERY_**
Hon. Louis J. Perret
Clerk of Court
15th JDC, Lafayette Parish
800 S. Buchanan Street
Lafayette, Louisiana 70501

Re:    *Tiffiney N. Stebbins v. Rack Room Shoes, Inc.*
       Suit #20171526C, 15th JDC, Lafayette Parish, State of Louisiana

Dear Mr. Perret:

Attached please find an *Unopposed Motion for Extension of Time* for fax-filing in the above-referenced matter. The original and two copies will follow via Federal Express overnight delivery. Upon receipt, please file the original into the record and return a date-stamped copy to me in the enclosed, self-addressed, postage paid envelope.

Also, please return a fax confirmation of receipt and include the cost of filing fees to the attention of my assistant, Stacie, fax no. (225) 382-0224. We will include our firm check with the overnight delivery of the original pleading.

If you have any questions, please do not hesitate to contact our office. As always, your assistance is greatly appreciated.

Sincerely,

Elizabeth A. Liner

EAL/sb
Enclosures
cc:    Kenneth D. St. Pe, Esq. (*via fax only: (337) 534-8379*)
       Phyllis G. Cancienne, Esq. (*firm*)

4817-8052-8967 v1
9990017-ADM001 04/24/2017

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON,



TIFFINEY N. STEBBINS

VERSUS

RACK ROOM SHOES, INC.

NO. 20171526C  DIVISION "C"

15TH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Defendant, Rack Room Shoes, Inc. ("Defendant"), and, with a full reservation of rights, moves the Court for an extension of time within which to file pleadings responsive to the Petition for Unpaid Wages, Penalties and Attorney Fees and for Class Certification ("Petition"), and respectfully requests an additional thirty (30) days, or through and until May 25, 2017, within which to respond to the Petition. This is the first extension of time requested and is not sought to unduly delay this matter. Undersigned counsel has contacted counsel for Plaintiff, who has represented that he has no objection to this extension.

WHEREFORE, Defendant prays that that the relief requested herein be granted.

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _____
   PHYLLIS G. CANCIENNE T.A. (La. 19605)
   CHRISTOPHER G. MORRIS (La. 22847)
   ELIZABETH A. LINER (La. 34429)
   Chase North Tower, 450 Laurel Street, 20th Floor
   Baton Rouge, Louisiana 70825
   Telephone:    (225) 381-7000
   Facsimile:    (225) 343-3612
   E-mail: pcancienne@bakerdonelson.com
            bliner@bakerdonelson.com

ATTORNEYS FOR RACK ROOM SHOES, INC.

FILED THIS 26

DAY OF Apr , 20 17

Rawrencavet
Deputy Clerk of Cou

4820-0806-0743 v1
9990019-ADM001 04/24/2017

TIFFINEY N. STEBBINS

VERSUS

RACK ROOM SHOES, INC.

NO. 20171526C  DIVISION "C"

15TH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

## ORDER

Considering Defendant's Unopposed Motion for Extension of Time (the "Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant shall have through and until May 25, 2017, within which to file pleadings responsive to the Petition for Unpaid Wages, Penalties and Attorney Fees and for Class Certification in the above-captioned matter.

**THUS DONE AND ORDERED** this 27 day of April, 2017 in Lafayette, Louisiana.

_____
JUDGE, 15TH JUDICIAL DISTRICT COURT
Thomas R. Duplan

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this
judgement/order has been mailed/served on all
parties this 28 day of Apr 20 17
_____
Deputy Clerk of Court
CC Kenneth D St Pe
Elizabeth A Unir

FILED THIS 27
DAY OF Apr , 2017
_____
Deputy Clerk of Court

4820-0806-0743 v1
9990019-ADM001 04/24/2017

-3-

45961596

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017, a copy of the foregoing was served on all parties to this proceeding, by placing same in the United States Mail, postage prepaid and properly addressed.

ELIZABETH A. LINER

FILED THIS 27

DAY OF Apr , 20 17

Deputy Clerk of Cou

4820-0806-0743 v1
9990019-ADM001 04/24/2017

-2-

LAFPC.CV.46055539
cc_telilly

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
**P. O. BOX 2009**
**LAFAYETTE, LA 70502**
**Telephone: (337) 291-6400**

**APRIL 25, 2017**

## FACSIMILE TRANSMISSION RECEIPT

RE:     TIFFINEY N STEBBINS
        VS
        RACK ROOM SHOES INC
        DOCKET NUMBER: C-20171526 C

DATE FASCIMILE RECEIVED:     04-24-2017
DESCRIPTION OF PLEADING:     M&O FOR EXTENSION OF TIME, CERT OF SERVICE
FILED ON BEHALF OF:          RACK ROOM SHOES, INC.
ATTORNEY:                    ELIZABETH A. LINER
RECEIPT FAXED TO NUMBER:     225-343-3612

    This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of **$76.00** which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

    **IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

    The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

_____
Deputy Clerk of Court
Lafayette Parish

```
                                    * * Transmit Confirmation Report * *
              P1                                                    Apr 25 2017 12:56pm
Sender:GUEST
TTI1:   . .            TTI Number:
Destination      Type    Mode     Start Time   Time  Page Note        Result  Details
912253433612     FAX     Fine     04/25 12:55pm 00'21"  1             # O K
```

LAFPC.CV.46055539
cc_tellily

**LOUIS J. PERRET**
Clerk of Court, Lafayette Parish
P. O. BOX 2009
LAFAYETTE, LA  70502
Telephone:  (337) 291-6400

**APRIL 25, 2017**

## FACSIMILE TRANSMISSION RECEIPT

RE:      TIFFINEY N STEBBINS
         VS
         RACK ROOM SHOES INC
         DOCKET NUMBER: C-20171526 C

DATE FASCIMILE RECEIVED:      04-24-2017
DESCRIPTION OF PLEADING:      M&O FOR EXTENSION OF TIME, CERT OF SERVICE
FILED ON BEHALF OF:           RACK ROOM SHOES, INC.
ATTORNEY:                     ELIZABETH A. LINER
RECEIPT FAXED TO NUMBER:      225-343-3612

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of **$76.00** which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

**IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

Deputy Clerk of Court
Lafayette Parish