UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| TIFFINEY N. STEBBINS<br>Plaintiff | * * * | CIVIL ACTION NO: 6:17-CV-00619 |
| VERSUS | * * * | UNASSIGNED DISTRICT JUDGE |
| RACK ROOM SHOES, INC.<br>Defendant | * * | MAGISTRATE JUDGE WHITEHURST |

* * * * * * * * * * * *

## JOINT MOTION FOR CONDITIONAL CLASS CERTIFICATION, APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, AND APPROVAL OF NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED CLASS SETTLEMENT

Plaintiff, Tiffiney N. Stebbins ("Stebbins" or "Named Plaintiff") and Defendant, Rack Room Shoes, Inc., through counsel, respectfully and jointly move (the "Joint Motion") the Court for conditional class certification for settlement purposes, for appointment of class counsel, for preliminary approval of the proposed settlement agreement in this case ("Settlement Agreement"), and for approval of the form and contents of the Notice of Pendency of Class Action, Proposed Settlement Agreement, Right to Share in Settlement Proceeds, Right to Request Exclusion from Settlement Proceeds, Hearing and Deadline for Objections ("Notice") and the manner of service of the Notice. In support of the Joint Motion, the parties rely upon the Memorandum on Law in Support filed contemporaneously herewith.

By this Joint Motion, the Parties seek entry of the proposed Order, attached to the Memorandum of Law in Support as Exhibit 3, conditionally certifying the class for settlement purposes, appointing class counsel, preliminarily approving the Settlement Agreement,

approving the form and contents of the Notice and the manner of service of the Notice upon the Class Members and fixing the date of a hearing on final approval of the Settlement Agreement.

**WHEREFORE**, the parties respectfully request that the Court enter the proposed Order conditionally certifying the proposed class for settlement purposes, appointing Class Counsel, preliminarily approving the Settlement Agreement, including Class Counsel's fees and expenses, approving the form and manner of the Notice, and granting the parties any other relief that the Court deems appropriate and necessary.

Dated: February 26, 2018.

s/ Kenneth D. St. Pe
Kenneth D. St. Pé
KENNETH D. ST. PÉ, APLC
La. Bar Roll No. 22638
311 W. University Avenue, Suite A
Lafayette, LA 70506


**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: *s/Phyllis Cancienne*
PHYLLIS CANCIENNE, T.A. (La. #19605)
CHRISTOPHER G. MORRIS (La. #28847)
ELIZABETH A. LINER (La. #34429)
450 Laurel Street, North Tower, 20th Floor
Baton Rouge, Louisiana 70801
Telephone:   (225) 381-7000
Facsimile:   (225) 343-3612
E-mail: pcancienne@bakerdonelson.com
E-mail: cmorris@bakerdonelson.com
E-mail: bliner@bakerdonelson.com

**PARKER, POE, ADAMS & BERNSTEIN LLP**

s/Keith M. Weddington
Keith M. Weddington *(admitted pro hac vice)*
North Carolina Bar No. 14352
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706

**ATTORNEYS FOR DEFENDANT, RACK ROOM SHOES, INC.**

3