# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **TIFFINEY N. STEBBINS**        **Plaintiff** | * * * | **CIVIL ACTION NO: 6:17-CV-00619** |
| **VERSUS** | * * * * | **MAGISTRATE JUDGE WHITEHURST**<br>BY CONSENT OF THE PARTIES |
| **RACK ROOM SHOES, INC.**        **Defendant** | * * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR FINAL APPROVAL OF
## PROPOSED CLASS SETTLEMENT

Plaintiff, Tiffiney N. Stebbins ("Stebbins" or "Named Plaintiff") and Defendant, Rack Room Shoes, Inc., through counsel, respectfully and jointly move (the "Joint Motion") the Court for final approval of the proposed class settlement as set forth in the settlement agreement (the "Settlement Agreement"). (Rec. Doc. No. 25-2). In support of the Joint Motion, the parties rely upon the Memorandum in Support filed contemporaneously herewith.

**WHEREFORE**, the parties respectfully request that the Court enter the proposed Order, attached to the Memorandum in Support as Exhibit 1, granting final approval of the Settlement Agreement, and granting the parties any other relief that the Court deems appropriate and necessary.

Dated: November 21, 2018.

                                         *s/ Kenneth D. St. Pe*
                                         Kenneth D. St. Pé
                                         KENNETH D. ST. PÉ, APLC
                                         La. Bar Roll No. 22638
                                         311 W. University Avenue, Suite A
                                         Lafayette, LA 70506

4827-2819-6480
2940260-000001

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:    _s/Elizabeth A. Liner_
       PHYLLIS CANCIENNE, T.A. (La. #19605)
       CHRISTOPHER G. MORRIS (La. #28847)
       ELIZABETH A. LINER (La. #34429)
       450 Laurel Street, North Tower, 20th Floor
       Baton Rouge, Louisiana 70801
       Telephone: (225) 381-7000
       Facsimile: (225) 343-3612
       E-mail: pcancienne@bakerdonelson.com
       E-mail: cmorris@bakerdonelson.com
       E-mail: bliner@bakerdonelson.com

**AND**

**PARKER, POE, ADAMS & BERNSTEIN LLP**

Keith M. Weddington _(admitted pro hac vice)_
North Carolina Bar No. 14352
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706

**ATTORNEYS FOR DEFENDANT, RACK ROOM SHOES, INC.**

2